IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00841-RPM-KLM

BLISS REIMERS,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.
_____

## ORDER FOR DISMISSAL
_____

    Pursuant to the Notice of Withdrawal of Complaint and Voluntary Dismissal of Action with Prejudice [12] filed today, it is

    ORDERED that this action is dismissed with prejudice.

    DATED:   June 6th,  2012

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge